**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KATHY ANDERSON LAMB**                                                            **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO.: 1:08CV254-SA-JAD**

**BOONEVILLE SCHOOL DISTRICT**                                  **DEFENDANT**

**ORDER**

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1)     Defendant's Motion to Dismiss under Rule 12(b)(1)/Alternatively for Partial Summary Judgment [9] is **GRANTED**, and Plaintiff's state law claim is **DISMISSED WITHOUT PREJUDICE**.

(2)     Defendant's Request for Sanctions [9] within its Motion to Dismiss is **DENIED**; and

(3)     Plaintiff's Motion to Voluntarily Dismiss State Law Claim Without Prejudice [15] is **DENIED as MOOT**.

**SO ORDERED**, this the 26th day of March, 2009.

                                                                 **/s/ Sharion Aycock**
                                                                  **UNITED STATES DISTRICT JUDGE**