IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KATHY ANDERSON LAMB                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO.: 1:08CV254-SA-JAD

BOONEVILLE SCHOOL DISTRICT                                                           DEFENDANT

## ORDER GRANTING
## DEFENDANT'S MOTION TO SEAL

Presently before the Court is Defendant's Unopposed Motion to Place Exhibit D to Defendant's Memorandum in Support of Summary Judgment Under Seal [76].  The Court finds as follows:

Defendant moves to seal Exhibit D [70-5] submitted in support of Defendant's Motion for Summary Judgment.  Defendant contends this exhibit contains Plaintiff's personal identifiers such as Social Security numbers and other sensitive information.  Therefore, pursuant to Local Rule 8.1, the Court finds that it is in the parties' best interest to cloak Defendant's Exhibit D to its Memorandum in Support of Summary Judgment under seal.  Accordingly, Defendant's Motion to Place Exhibit D Submitted in support of Defendant's Motion for Summary Judgment is GRANTED, and the Clerk of the Court is directed to SEAL said exhibit.

SO ORDERED, this the 10th day of November, 2009.

                                                                /s/ Sharion Aycock                 
                                                                **UNITED STATES DISTRICT JUDGE**