IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KATHY ANDERSON LAMB                                            PLAINTIFF

V.                                      CIVIL ACTION NO.: 1:08CV254-SA-JAD

BOONEVILLE SCHOOL DISTRICT                                 DEFENDANT

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)      Defendant's Motion for Summary Judgment [69] is GRANTED;

(2)      Plaintiff's claims are dismissed; and

(3)      this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made part of the record in this action.

SO ORDERED, this the 3rd day of February, 2010

                                                                      **/s/ Sharion Aycock**
                                                                      **UNITED STATES DISTRICT JUDGE**